*Negligence — municipal corporation — water supply system.*

Appeal by the defendant, The Village of Mechanicville, from a judgment of the Supreme Court in favor of the plaintiff, entered in the office of the clerk of the county of Saratoga on the 25th day of January, 1915, upon the verdict of a jury for $3,000, and also from an order entered in said clerk's office on the 22d day of January, 1915, denying the defendant's motion for a new trial made upon the minutes.

WOODWARD, J.: The effort to distinguish the facts in this case from those presented upon the former appeal (163 App. Div. 138), while most ingenious, is not successful. The municipality is conducting a water plant; it furnishes water to private consumers through its mains by means of subsidiary pipes, and while it is shown that these subsidiary pipes are put in at the expense of the private consumer, the municipality yet maintains control of such subsidiary pipes. These pipes are placed partly in the street and partly upon the premises of the consumer, but in this instance the shut-off box was located upon one of the principal streets and was clearly maintained for the purposes of the municipality as a purveyor of water, and it comes squarely within the principles laid down on the former appeal. The law of the case being settled that the facts justified a submission to the jury, and the facts warranting the verdict, we find no reason for a reversal of the judgment in favor of the plaintiff. The judgment and order appealed from should be affirmed, with costs. Judgment and order unanimously affirmed, with costs.

---

Louis Cutler, an Infant, by Herbert E. Cutler, His Guardian ad Litem, Respondent, v. American Blower Company, Appellant.— Judgment and order unanimously affirmed, with costs.

William T. Finch and Ray Finch, Individually and as Executors, etc., of Alvah F. Finch, Deceased, Doing Business under the Firm Name of the Finch Chemical Company, Respondents, v. The State of New York Appellant.— Determination unanimously affirmed, with costs.

William Goeldner, an Infant, by Ernest B. Goeldner, His Guardian ad Litem, Respondent, v. New York Telephone Company, Appellant.— Judgment and order unanimously affirmed, with costs.

Ernest B. Goeldner, Respondent, v. New York Telephone Company, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide event, unless the plaintiff will stipulate to reduce the verdict to $370, and if plaintiff so stipulates the judgment is so modified and as modified judgment and order unanimously affirmed, without costs.

John Gardner, Respondent, v. Elmira, Corning and Waverly Railway, Appellant.— Judgment and order unanimously affirmed, with costs.